■ KENNETH MOTYKA et al., Respondents, v OGDEN MARTIN SYSTEMS OF ONONDAGA LIMITED PARTNERSHIP, Respondent,

DICK CORPORATION, Doing Business as STAR STONE CONSTRUCTION, Appellant, and GEA POWER COOLING SYSTEMS, INC., Appellant-Respondent. (Appeal No. 2.) [710 NYS2d 239] —Order unanimously modified on the law and as modified affirmed without costs in accordance with the same Memorandum as in *Motyka v Ogden Martin Sys.* (272 AD2d 980 [decided herewith]). (Appeals from Order of Supreme Court, Onondaga County, Stone, J.—Summary Judgment.) Present—Green, J. P., Wisner, Hurlbutt, Kehoe and Lawton, JJ.